Argued and submitted September 29, reversed and remanded for new trial
October 18, 2000

STATE OF OREGON,
*Respondent,*

*v.*

ROGER DEAN CASEY,
*Appellant.*

(980846795; CA A104552)

13 P3d 530

Beth Corbo, Deputy Public Defender, argued the cause for appellant. With her on the brief was David E. Groom, State Public Defender.

Katherine H. Waldo, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Ceniceros, Senior Judge.

PER CURIAM

Reversed and remanded for new trial. *State v. Moore*, 159 Or App 144, 978 P2d 395, *rev allowed* 329 Or 438 (1999).